ADAM G. GASNER (CSBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-255-7264

Attorney for Defendant
EBEN GOSSAGE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EBEN GOSSAGE,<br><br>　　　　　Defendant. | Case Number: CR 11-0227 EDL<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: CONTINUING DATE FOR<br>CHANGE OF PLEA |

The parties to this action stipulate to a continuance of the change of plea date from January 31, 2012 to March 13, 2012 at 11:00 AM.

SO STIPULATED AND AGREED:

Dated: 1-27-12　　　　　　　　　　S/S_____
　　　　　　　　　　　　　　　　　ADAM G. GASNER
　　　　　　　　　　　　　　　　　Attorney for Defendant


Dated: 1-27-12　　　　　　　　　　S/S_____
　　　　　　　　　　　　　　　　　ACADIA L. SENESE
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

SO ORDERED:

Dated: January 30, 2012



_____
United States Magistrate Judge Elizabeth D. Laporte